UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Matthew Lucas,<br><br>     Plaintiff,<br><br>  -against-<br><br>Martin J. O'Malley,<br><br>     Defendant. | 24cv275 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Judge Robyn F. Tarnofsky will hold an oral argument in this action on Friday, January 31, 2025

at 10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:  December 6, 2024
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge