UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matthew Lucas,<br><br>    Plaintiff,<br><br> -against-<br><br>Martin J. O'Malley,<br><br>    Defendant. | 24cv275 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The oral argument scheduled for **Friday, January 31, 2025** is now held at **2:00 p.m.** through video conference. The Courtroom Deputy will send the conference details to counsel. The public may observe by calling (646) 453-4442 and entering access code: 702 388 296#.

DATED: December 17, 2024
    New York, NY

SO ORDERED.

_/s/ Robyn F. Tarnofsky_
**ROBYN F. TARNOFSKY**
United States Magistrate Judge