UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MATTHEW L.,

                                   Plaintiff,                        24 **CIVIL** 0275 (RFT)

     -v-                                                               **JUDGMENT**

MICHELLE KING,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                                 Defendant.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 05, 2025, Plaintff's motion is GRANTED and the case is REMANDED for further proceedings. The ALJ is directed to explicitly consider the supportability and consistency of all medical opinions, incorporating appropriate consideration of Dr. Tobe's treating relationship with Plaintiff; to assess the consistency of all medical opinions, but particularly the consultants' opinions, with all medical and nonmedical sources, including the opinions that Plaintiff would need a job coach or similar support to function in a workplace; to carefully consider whether and to what extent Plaintiff's ability to function in structured settings such as during brief medical or testing appointments is probative of his capacity to cope with the stress of sustained activities in a work environment; and to reassess Plaintiff's RFC and the corresponding availability of suitable jobs that exist in significant numbers in the national economy.

**Dated:** New York, New York

      February 13, 2025

                                                                     TAMMI M HELLWIG
                                                                     CLERK OF COURT

                                                             By_____
                                                                       Deputy Clerk